opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 N. Y. Supp. 1139.

PALMER, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Ida M. Palmer, as administratrix, etc., against the International Paper Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 123 N. Y. Supp. 1132.

PANITZ et al., Respondents, v. MANSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Leonard Panitz and another against Morris Manson and another. No opinion. Judgment and order affirmed, with costs.

In re PARKER. (Supreme Court, Appellate Division, First Department. July 7, 1910.) In the matter of Andrew D. Parker. No opinion. Reference ordered. Settle order on notice.

PARTRIDGE et al., Appellants, v. DOTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by George W. Partridge and another against John W. Doty. No opinion. Appeal dismissed, with $10 costs. For opinion below, see 121 N. Y. Supp. 586.

PEABODY, Appellant, v. MERRILL, Respondent, et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Florella E. Peabody against William S. Merrill, impleaded with Henry H. Peabody and others. No opinion. Interlocutory judgment affirmed, with costs.

PEOPLE v. BANK OF STATEN ISLAND. In re SPALDING. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Proceeding by the People of the State of New York against the Bank of Staten Island. In the matter of the application of Lyman A. Spalding, special counsel, designated by the Attorney General, etc., for payment to him of proper compensation for his services as such. No opinion. Order modified, so as to reduce the amount to be paid respondent to $1000, and as so modified, unanimously affirmed, without costs. See, also, 132 App. Div. 589, 116 N. Y. Supp. 827; 132 App. Div. 941, 117 N. Y. Supp. 1143.

PEOPLE, Respondent, v. BARBERI, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Proceeding by the People of the State of New York against James Barberi.

PER CURIAM. Judgment of the County Court of Kings county reversed, and new trial ordered, upon the ground that the witness Ditman was permitted to testify that he had made an investigation and found that pawn tickets represented property belonging to other people.

HIRSCHBERG, P. J., dissents.

PEOPLE, Respondent, v. CLARY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York against Charles Clary. No opinion. Motion for reargument denied.

PEOPLE, Respondent, v. EISENSTOCK, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Proceeding by the People of the State of New York against Charles Eisenstock. C. L. Jordan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed. See, also, 134 App. Div. 969, 119 N. Y. Supp. 1139.

PEOPLE, Respondent, v. GILBERT, Appellant. (Supreme Court, Appellate Division. Third Department. June 29, 1910.) Proceeding by the People of the State of New York against John Francis Gilbert. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. GOTTLIEB, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Proceeding by the People of the State of New York against Herman Gottlieb. H. S. Gans, for appellant. R. C. Taylor, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. HOYT, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Proceeding by the People of the State of New York against Adelbert E. Hoyt. C. L. Jordan, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. KREITZMAN, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Proceeding by the People of the State of New York against David Kreitzman. No opinion. Judgment of conviction of the County Court of Kings county reversed, and new trial ordered, on the ground that the jury were not fully instructed as to the burden of proof and as to the rule of reasonable doubt.

PEOPLE, Respondent, v. LAMBERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York against Benjamin Lambert. No opinion. Appeal dismissed upon stipulation filed.

PEOPLE v. LEVINE. (Supreme Court, Appellate Division, First Department, June 24, 1910.) Proceeding by the People of the State of